# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

**Via ECF**

June 7, 2022

Honorable LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Ramriez Sanchez v. Furniture Ent Inc. et al**
**Docket No.: 22-cv-02284 (LDH)(CLP)**

Dear Judge DeArcy Hall:

This firm represents Defendants in the above-referenced matter. Please be advised that the parties have reached a settlement in principle and are in the process of memorializing the terms of their agreement. Accordingly, the parties request that all deadlines and appearances be held in abeyance, *sine die*, while the parties finalize the necessary settlement documents for submission to the Court.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew A. Brown

cc: all counsel of record (via ECF)